Andrew L. Ellis, Esq. State Bar # 167091
ELLIS LAW CORPORATION
883 N. Douglas Street
El Segundo, CA 90245
Telephone: (310) 641 - 3335

**Attorney for Plaintiffs,**
**JOSE REYES FIGUEROA**
**ROSEMARY FIGUEROA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE REYES FIGUEROA, an individual<br>ROSEMARY FIGUEROA, an individual<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATE OF AMERICA; UNITED STATES COAST GUARD; a government entity; RONNIE A. ROSAS, an individual; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 2:15-CV-00555<br><br>**CIVIL COMPLAINT FOR DAMAGES**<br><br>DEMAND FOR JURY TRIAL<br><br>1. Negligence |

COMES NOW, Plaintiffs **JOSE REYES FIGUEROA AND ROSEMARY FIGUEROA** (hereinafter "**FIGUEROA**" or "**PLAINTIFF(S)**") who respectfully allege the following:

## I.

## GENERAL ALLEGATIONS

1. Plaintiff JOSE REYES FIGUEROA is and was at the time when all wrongful tortious acts as alleged herein were committed against him, a citizen of the County of Los Angeles, California.

2. Plaintiff ROSEMARY FIGUEROA is and was at the time when all wrongful tortious acts as alleged herein were committed against her, a citizen of the County of Los Angeles, California.

COMPLAINT FOR DAMAGES            1

3. Defendant RONNIE A. ROSAS on information and belief is and was at the time when all wrongful tortious acts as alleged herein were committed by him, a citizen of the County of Los Angeles, California.

4. Defendant UNITED STATES OF AMERICA, by and through its agency, UNITED STATES COAST GUARD, employed or hired certain agents, servants and/or employees, including, but not limited to RONNIE A. ROSAS (hereinafter "ROSAS") and DOES 1 through 10.

5. Defendants DOES 1 through 50, inclusive, are sued herein under fictitious names. Their true names and capacities are unknown to plaintiffs. When their true names and capacities are ascertained, plaintiffs will amend this complaint by inserting their true names and capacities. Plaintiffs are informed and believe and thereon allege that each of the fictitiously named defendants is responsible in some manner for the occurrences herein alleged, and that plaintiffs' damages were proximately caused by those defendants. Each reference in this complaint to "defendant," "defendants," or a specifically named defendant refers to all named defendants and those sued under fictitious names.

6. Plaintiffs are informed and believe and thereon allege that at all times material hereto and mentioned herein, each defendant sued herein was the agent, servant, employer, joint venturer, partner, owner, subsidiary, alias, and/or alter ego of each of the remaining defendants and was, at all times, acting within the purpose and scope of such employment, agency, servitude, ownership, subsidiary, alias and/or alter ego and with the authority, consent, approval, control, influence, and ratification of each of the remaining defendants sued herein.

7. The jurisdiction of this Court over the subject matter of this action is predicated on 28 USC §1339. Venue in this district is based upon the place of injury and plaintiff's residence.

## II.

## FACTS RELEVANT TO ALL CAUSES OF ACTION

8. On June 10, 2013, plaintiff JOSE REYES FIGUEROA was prudently operating a vehicle eastbound on Lomita Boulevard through the intersection of Figueroa Street in Carson, California with passenger and plaintiff ROSEMARY FIGUEROA. At the same time and place, Defendant

1  RONNIE A. ROSAS negligently operated a vehicle owned by the UNITED STATES COAST
2  GUARD northbound on Figueroa Street through the intersection of Lomita Boulevard on a red
3  light.
4      9. Plaintiff filed a claim with the United States Postal Service for this incident on or
5  about July 22, 2014 Defendants have not made a final disposition of Plaintiff's claim.
6      10. The instant complaint is filed pursuant to 28 U.S.C. Section 2675(a).

### III.

### CAUSES OF ACTION

#### *First Cause of Action*

#### *Negligence*

#### *(Plaintiffs JOSE REYES FIGUEROA AND ROSEMARY FIGUEROA vs. ALL DEFENDANTS)*

11. Plaintiffs hereby incorporate by reference paragraphs 1 through 10 as though set forth fully herein.

12. The collision caused by the recklessness, carelessness and negligence of the defendants, breached duties owed to plaintiffs JOSE REYES FIGUEROA and ROSEMARY FIGUEROA by:

Count 1 - operating a motor vehicle at a high, dangerous and excessive rate of speed under the circumstances then and there existing;

Count 2 - failing to reduce speed to avoid a collision;

Count 3 - failing to observe due care and precaution and to maintain proper and adequate control of the motor vehicle;

Count 4 - failing to abide by all roadway traffic controls;

Count 5 - failing to exercise reasonable care in the operation of the motor vehicle under the circumstances then and there existing;

Count 6 - In other respects not now known to the plaintiff but which may become known prior to or at the time of trial;

COMPLAINT FOR DAMAGES            3

13. As a direct and proximate result of the negligence and carelessness of the defendants, the plaintiffs:

(A) Suffered serious, painful and permanent bodily injuries, great physical pain and mental anguish, severe and substantial emotional distress, loss of the capacity for the enjoyment of life;

(B) Was, is and will be required to undergo medical treatment and to incur medical costs and expenses in order to alleviate injuries, pain and suffering;

(C) Was, is and will be precluded from engaging in normal activities and pursuits, including a loss of ability to earn money and of actual earnings;

(D) And, otherwise was hurt, injuries and caused to sustain losses.

14. All of the plaintiff's losses were, are and will be due solely to and by reason of the carelessness and negligence of defendants, without any negligence or want of due care on the plaintiff's part contributing thereto.

## IV.

## DEMAND FOR JURY TRIAL

15. Plaintiffs hereby demand a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure

**WHEREFORE** based on the allegations as set forth above, plaintiffs JOSE REYES FIGUEROA and ROSEMARY FIGUEROA pray that judgment be entered in their favor against the UNITED STATES OF AMERICA; UNITED STATES COAST GUARD, RONNIE A. ROSAS, and/or DOES 1-50, as follows:

1. On each and every cause of action, for general compensatory and special damages, in an amount according to proof at trial;

2. On each and every cause of action, for medical and incident damages, in an amount according to proof at trial;

3. For interest at the legal rate permitted by law;

4. For costs of suit incurred herein; and

///

///

5. For all other relief that the court deems just and proper.

Date: January 23, 2015                ELLIS LAW CORPORATION

By: _____

Andrew L. Ellis

Attorney for Plaintiffs

COMPLAINT FOR DAMAGES                5